LAW OFFICES OF
FRANK HANDELMAN
45 BROADWAY
SUITE 1700
NEW YORK, NY 10006

USDC SDNY
DOCUMENT.
ELECTRONICALLY FILED
DOC#
DATE FILED.    11/17/15

FRANK HANDELMAN
TATIA D. BARNES

(212) 257-4362 · FAX (212) 674-4614
FRANK@HANDELMAN-LAW.COM
WWW.HANDELMAN-LAW.COM

November 17, 2015

BY FACSIMILE TRANSMISSION – (212) 805-7912

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: USA v. Kenneth Stephenson, No. 12 Cr. 243 (JGK)

Dear Judge Koeltl:

I am writing on behalf of the parties to request an adjournment in this violation matter now scheduled before Your Honor tomorrow to January 12, 2016 at 4:30 p.m., the time suggested by Mr. Fletcher.

We make this request as Mr. Stephenson's court cases in Bronx and Queens counties are still pending. AUSA Mukhi and USPO Cox join in this request.

Thank you for your kind consideration.

Sincerely,

Frank Handelman

FH:rl

cc: AUSA Rahul Mukhi by email
USPO Michael Cox by email

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

4/17/15